NEDA FARAH (State Bar #269819)
neda@nedafarahlaw.com
FARAH LAW, P.C.
8383 Wilshire Boulevard, Suite 510
Beverly Hills, California 90211
Telephone: (310) 666-3786
Facsimile: (775) 261-1726

TAXIARCHIS HATZIDIMITRIADIS
*Admitted Pro Hac Vice*
teddy@consumerlawpartners.com
CONSUMER LAW PARTNERS, LLC
333 North Michigan Avenue, Suite 1300
Chicago, Illinois 60601
Telephone: (267) 422-1000
Facsimile: (267) 422-2000

Attorneys for Plaintiff and Counter-Defendant
OLIVIA DIAZ

SCOTT J. HYMAN (State Bar No. 148709)
sjh@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

ALISA A. GIVENTAL (State Bar No. 273551)
aag@severson.com
SAMUEL R. MELAMED (State Bar No. 301303)
srm@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant and Counter-Plaintiff
FORD MOTOR CREDIT COMPANY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA DIAZ,<br><br>　　　　　Plaintiff, | Case No. 3:20-cv-06027-LB |

|   |   |
|---|---|
| vs.<br><br>FORD MOTOR CREDIT COMPANY LLC,<br><br>Defendant.<br><br>FORD MOTOR CREDIT COMPANY LLC,<br><br>Counterclaimant,<br><br>vs.<br><br>OLIVIA DIAZ,<br><br>Counterdefendant. | **JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii); [PROPOSED] ORDER** |

This stipulation is entered into by and between Plaintiff and Counterdefendant, OLIVIA DIAZ ("Ms. Diaz"), and Defendant and Counterclaimant, FORD MOTOR CREDIT COMPANY LLC ("FMCC"), by and through their respective attorneys of record.

WHEREAS, Ms. Diaz file the above-captioned action against FMCC on August 27, 2020;

WHEREAS, FMCC filed a Counterclaim against Ms. Diaz on November 20, 2020;

WHEREAS, Ms. Diaz has agreed to dismiss her claims against FMCC, *with* prejudice.

WHEREAS, FMCC has agreed to dismiss its Counterclaim against Ms. Diaz, *without* prejudice.

**SO STIPULATED.**

DATED: February 3, 2021               SEVERSON & WERSON
                                       A Professional Corporation


                                       By:    */s/ Alisa A. Givental*
                                              ALISA A. GIVENTAL

                                       Attorneys for Defendant and Counter-Plaintiff Ford Motor Credit Company LLC

DATED: February 3, 2021                    CONSUMER LAW PARTNERS, LLC

By: ___*/s/ Taxiarchis Hatzidimitriadis*___
       TAXIARCHIS HATZIDIMITRIADIS

Attorneys for Plaintiff and Counter-Defendant Olivia Diaz

# [PROPOSED] ORDER

Upon consideration of the parties' Stipulation of Dismissal, it is hereby ORDERED that Ms. Diaz's claims against FMCC are dismissed *with* prejudice, and that FMCC's claims against Ms. Diaz are dismissed *without* prejudice.

IT IS SO ORDERED.

Date: _____, 2021                    _____
       Judge Laurel Beeler