1  NEDA FARAH (State Bar #269819)
   neda@nedafarahlaw.com
2  FARAH LAW, P.C.
   8383 Wilshire Boulevard, Suite 510
3  Beverly Hills, California 90211
   Telephone: (310) 666-3786
4  Facsimile: (775) 261-1726

5
   TAXIARCHIS HATZIDIMITRIADIS
6  *Admitted Pro Hac Vice*
   teddy@consumerlawpartners.com
7  CONSUMER LAW PARTNERS, LLC
   333 North Michigan Avenue, Suite 1300
8  Chicago, Illinois 60601
   Telephone: (267) 422-1000
9  Facsimile: (267) 422-2000

10
   Attorneys for Plaintiff and Counter-Defendant
11 OLIVIA DIAZ

12 SCOTT J. HYMAN (State Bar No. 148709)
   sjh@severson.com
13 SEVERSON & WERSON
   A Professional Corporation
14 The Atrium
   19100 Von Karman Avenue, Suite 700
15 Irvine, California 92612
   Telephone: (949) 442-7110
16 Facsimile: (949) 442-7118

17 ALISA A. GIVENTAL (State Bar No. 273551)
   aag@severson.com
18 SAMUEL R. MELAMED (State Bar No. 301303)
   srm@severson.com
19 SEVERSON & WERSON
   A Professional Corporation
20 One Embarcadero Center, Suite 2600
   San Francisco, California 94111
21 Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
22
23 Attorneys for Defendant and Counter-Plaintiff
   FORD MOTOR CREDIT COMPANY LLC
24
25               UNITED STATES DISTRICT COURT

26              NORTHERN DISTRICT OF CALIFORNIA

27 OLIVIA DIAZ,                          Case No. 3:20-cv-06027-LB

28          Plaintiff,

---

08888.1996/15662854.1                              Case No. 3:20-cv-06027-LB

1    vs.

2    FORD MOTOR CREDIT COMPANY LLC,

3          Defendant.

4    ──────────────────────────────

5    FORD MOTOR CREDIT COMPANY LLC,

6          Counterclaimant,

7    vs.

8    OLIVIA DIAZ,

9          Counterdefendant.

**JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii); [~~PROPOSED~~] ORDER**

10

11          This stipulation is entered into by and between Plaintiff and Counterdefendant, OLIVIA

12    DIAZ ("Ms. Diaz"), and Defendant and Counterclaimant, FORD MOTOR CREDIT COMPANY

13    LLC ("FMCC"), by and through their respective attorneys of record.

14          WHEREAS, Ms. Diaz file the above-captioned action against FMCC on August 27, 2020;

15          WHEREAS, FMCC filed a Counterclaim against Ms. Diaz on November 20, 2020;

16

17          WHEREAS, Ms. Diaz has agreed to dismiss her claims against FMCC, *with* prejudice.

18          WHEREAS, FMCC has agreed to dismiss its Counterclaim against Ms. Diaz, *without*

19    prejudice.

20

21          **SO STIPULATED.**

22    DATED:  February 3, 2021              SEVERSON & WERSON

23                                          A Professional Corporation

24

25                                          By:  _____
                                                      */s/ Alisa A. Givental*
26                                                 ALISA A. GIVENTAL

27                                          Attorneys for Defendant and Counter-Plaintiff Ford
                                            Motor Credit Company LLC
28

DATED:  February 3, 2021

CONSUMER LAW PARTNERS, LLC

By:  ___*/s/ Taxiarchis Hatzidimitriadis*___
      TAXIARCHIS HATZIDIMITRIADIS

Attorneys for Plaintiff and Counter-Defendant Olivia Diaz

**[~~PROPOSED~~] ORDER**

     Upon consideration of the parties' Stipulation of Dismissal, it is hereby ORDERED that Ms. Diaz's claims against FMCC are dismissed *with* prejudice, and that FMCC's claims against Ms. Diaz are dismissed *without* prejudice.

IT IS SO ORDERED.

Date:  ___February 3___, 2021

     _____
     Judge Laurel Beeler